# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nailah Monifah Ali,

    Plaintiffs,

vs.

Select Portfolio Loan Servicing Co., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:10-cv-73-RJC

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2010 Order.

Signed: June 29, 2010

Frank G. Johns, Clerk
United States District Court